UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTURO ALEXANDER BARRIENTOS,

                Petitioner,

   v.

MORROW COUNTY CIRCUIT COURT,

                Respondent.

Case No. C15-1064-BJR-MAT

REPORT AND RECOMMENDATION

On June 26, 2015, petitioner Arturo Barrientos submitted to this Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (*See* Dkt. 1.) However, petitioner failed to submit with his petition either the $5.00 filing fee or an application to proceed with this action *in forma pauperis*. (*See id*.) Thus, on July 1, 2015, the Clerk sent petitioner a letter notifying him of this deficiency and advising him that he would have to submit either the filing fee or a completed application for *in forma pauperis* status on or before July 31, 2015, or risk dismissal of this action. (Dkt. 2.) The Clerk also sent petitioner the appropriate *in forma pauperis* application form to complete. (*See* Dkt. 2.) To date, petitioner has submitted neither the filing fee nor a completed application for leave to proceed *in forma pauperis*.

As petitioner has had ample time to comply with the filing fee requirement, but has failed

REPORT AND RECOMMENDATION
PAGE - 1

to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 11, 2015**.

DATED this 20th day of August, 2015.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2