UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTURO ALEXANDER BARRIENTOS,

    Petitioner,

v.

MORROW COUNTY CIRCUIT COURT,

    Respondent.

Case No. C15-1064-BJR

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 25th day of April, 2016

BARBARA J. ROTHSTEIN
United States District Judge

ORDER DISMISSING ACTION - 1